UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNADETTE M. FLOWERS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | CASE NO. 3:21-cv-05507-JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

This matter is before the Court on the parties' consent (Dkt. 5) and on plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 27.

Based on the EAJA, that defendant has no opposition, the attorney declaration and time and expense itemizations (Dkt. 27-3), and the relevant record, it is hereby ordered that EAJA attorney's fees of $7,505.13 and expenses in the amount of $1.89, shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586, 588–89 (2010).

The Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Elie Halpern, based on plaintiff's assignment of these amounts to plaintiff's attorney. *See* Dkt. 27-4. If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury. *See*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, at 4. Any check for EAJA fees shall be mailed to plaintiff's counsel, Elie Halpern, at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502.

Dated this 13th day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge